**FILED**

03/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0577

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No. DA 22-0577

_____

THE FRIENDS OF LAKE FIVE, INC., )
)
    Appellee/Plaintiff/Petitioner, )
)
WARD E. "MICK" TALEFF, )    **ORDER GRANTING**
) **APPELLEE/INTERVENOR**
    Appellee/Intervenor, )    **WARD E. "MICK"**
) **TALEFF'S UNOPPOSED**
    vs. )    **MOTION FOR AN**
) **EXTENSION OF TIME**
FLATHEAD COUNTY COMMISSION )
and FLATHEAD COUNTY, MONTANA )
)
    Appellees/Respondents, )
)
SUSAN DIETZ, individually and as Trustee )
of the G&M TRUST, )
)
    Appellant/Defendant/Respondent, )
_____ )

Pursuant to the authority granted under Rule 26(1), M.R.App.P., Appellee/Intervenor, Ward E. "Mick" Taleff's Unopposed Motion for an Extension of Time is granted and he shall file and serve his response brief on or before May 1, 2023.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 22 2023